STEVENSON *v.* THE STATE.

ATKINSON, Justice. Willie Stevenson and Johnnie Burns were jointly indicted, tried, and convicted of the offense of murder. Each brought a bill of exceptions to this court assigning error on a judgment overruling his motion for new trial. The grounds of each motion for new trial are identical, and this case is controlled by the rulings in Burns v. State, ante. *Judgment affirmed. All the Justices concur.*

No. 15569. SEPTEMBER 4, 1946.

W. G. Martin and E. W. Feeney, for plaintiff in error.

Eugene Cook, Attorney-General, E. L. Forrester, Solicitor-General, and Roscoe Thompson, Assistant Attorney-General, contra.